IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DARRIN WHITE,                  )
                               )
      Petitioner,              )
                               )
         v.                    )   Civil Action No. 05-281J
                               )   Judge Cercone
SUPERINTENDENT ROZUM, et al.,  )   Magistrate Judge Caiazza
                               )   In Re: Doc. 7
      Respondents.             )
```

**ORDER**

The response to the Petition for Writ of Habeas Corpus being timely filed, IT IS HEREBY ORDERED that the Petitioner's Motion for Default Judgment (Doc. 7) is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten(10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                   s/Francis X. Caiazza
                                   Francis X. Caiazza
                                   U.S. Magistrate Judge

CC:
Darrin White, AS-2610
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510-0002

Kemal Alexander Mericli
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219